UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MARGRET BRACE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>NCC BUSINESS SERVICES, INC. d/b/a NCC BUSINESS SERVICES OF OHIO, INC.,<br><br>Defendant. | Case No.: 17-cv-345<br><br><br><br><br>Hon. Nancy Joseph |

REPRESENTATIVE PLAINTIFF'S
MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND
AWARD OF ATTORNEYS' FEES, COSTS, EXPENSES, AND INCENTIVE AWARD

NOW COMES plaintiff, Margret Brace ("Representative Plaintiff"), individually and on behalf of the Settlement Class (as defined in the Settlement Agreement and stated below), by and through Ademi & O'Reilly, LLP ("Settlement Class Counsel"), and in support of her Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, Costs, Expenses, and Incentive Award, states as follows:

1. On February 6, 2018, after briefing and due consideration, the Court entered its order certifying the Settlement Class, approving notice to the Settlement Class, and granting preliminarily approval of the settlement set forth in the Settlement Agreement between Representative Plaintiff and Defendant NCC Business Services, Inc. ("NCC" or "Defendant"), (collectively, the "Settling Parties"). *See* Preliminary Approval Order (Dkt. No. 20).

2. The Court certified the following Settlement Class:

> All natural persons in the State of Wisconsin who were sent a collection letter by NCC, in which the "Current Creditor" field is blank, seeking to collect a

- PAGE 1 -

debt for personal, family, or household purposes, between March 9, 2016 and March 9, 2017, inclusive, that was not returned by the postal service.

3. On March 7, 2018, Defendant mailed out the Notice, addressed to 153 Settlement Class Members by first class mail, postage prepaid, with forwarding service requested. *See* Affidavit of Bailey Hughes re: Notice Procedures ¶¶ 4-7. Prior to mailing, Defendant caused the addresses in the Class Member List to be updated using the National Change of Address database ("NCOA") maintained by the U.S. Postal Service. *Id.* As of May 21, 2018, 12 of these notices were returned as undeliverable without forwarding addresses, and counsel for Defendant did not receive any Notice Packages returned by the U.S. Postal Service with forwarding addresses, which counsel for Defendant re-mailed to the updated addresses. *Id.* ¶ 6. Therefore, individual notice reached a sufficient number of potential Settlement Class Members to satisfy due process concerns.

4. The settlement provides cash benefits of $90.00 to each Settlement Class Member who did not opt out of the settlement. No class members excluded themselves from the settlement or filed an objection. Hughes Aff. ¶ 10.

5. Each class member will receive $90.00, which is a substantial recovery in a class settlement seeking statutory damages under consumer protection statutes like the FDCPA; Courts in this District have approved similar and smaller amounts on many occasions. *Tesch v. Dynamic Recovery Solutions, LLC*, 17-cv-263, (Final Order on Class Action Settlement)(Dkt. No. 27) (E.D. Wis. Dec. 21, 2017) ($78.08 per class member); *Cervantes v. RCS Recovery Services,* 15-cv-112, (Final Order on Class Action Settlement) (Dkt. No. 45) (E.D. Wis. May 26, 2016) ($200.00 per class member); *Baker v. Credit Control, LLC,* 15-cv-303, (Final Order Approving Class Action Settlement) (Dkt No. 38) (E.D. Wis. May 26, 2016) ($194.17 per class member); *Kelm v. First Associates Loan Servicing, LLC,* 15-cv-500 (Final Order and Judgment

Approving Class Action Settlement) (Dkt. No. 33) (E.D. Wis. June 1, 2016) ($28.98 per class member); *Oravecz v. Cavalry Portfolio Services, LLC, et al.,* 14-cv-1126-LA, (Final Order on Class Action Settlement) (Dkt. No. 31) (E.D. Wis. Oct. 29, 2015) ($149.77 per class member); *Oravecz v. Action Financial Services, LLC*, 14-cv-1124-WED, (Final Order on Class Action Settlement) (Dkt. No. 36) (E.D. Wis. June 30, 2015) ($79.37 per class member); *Paddock v. Fay Servicing, LLC*, No. 14-cv-454-JPS, slip op at 2 (Final Order On Class Action Settlement) (E.D. Wis. Mar. 25, 2015) ($100.00 per class member); *Decker v. Cavalry Portfolio Services, LLC*, No. 13-cv-399-RTR, slip op. at 3 (Final Order On Class Action Settlement) (Dkt. No. 21) (E.D. Wis. Jan. 14, 201) ($44.94 per class member; *Ihde et al. v. The CBE Group, Inc.*, No. 12-cv-906-LA, Final Order Approving Class Action Settlement (Dkt. No. 32) (E.D. Wis. Dec. 2, 2013) ($85.11 per class member); *Schulz v. Rushmore Service Center, LLC,* No. 13-cv-105-LA, Final Order and Judgment Approving Class Action Settlement (Dkt. No. 24) (E.D. Wis. Aug. 28, 2013) ($36.63 per class member); *Waliszewski v. Amsher Collection Services, Inc.*, No. 05-cv-942-PJG, 2006 U.S. Dist. LEXIS 97770 at *2 (E.D. Wis. Nov. 9, 2006) ($43.48 per class member); *Hohler v. Ameristar Financial Servicing Company LLC*, No. 05-cv-568-PJG (E.D. Wis., April 26, 2006) ($26.74 per class member); *Berther*, 2007 U.S. Dist. LEXIS 44500 at *8-10 ($10 per class member); *Ewald v. West Asset Management, Inc.*, No. 05-cv-1320-CNC (E.D. Wis. Oct. 26, 2007) ($75 per class member); *Seeger*, 2007 U.S. Dist. LEXIS 22824 at *20 ($22.28 per class member); *Schneider v. TSYS Total Debt Mgmt.*, No. 06-cv-345-WEC (E.D. Wis. Nov. 9, 2007) ($10 per class member); *Socha v. OSI Collection Services, Inc.*, No. 05-cv-572 (E.D. Wis. Jan. 22, 2008) ($20.49 per class member); *Radaj v. ARS National Services, Inc.*, No. 05-cv-773-CNC (E.D. Wis. Apr. 24, 2008) ($8.71 per class member); *Wanty v. Messerli & Kramer PA*, No. 05-cv-350-JPS (E.D. Wis. Jun. 5, 2008) ($26.18 per class member); *Muha v.*

*Encore Receivable Management Inc.*, No. 05-cv-940-JPS (E.D. Wis. July 27, 2010) ($23.36 per class member); *Bernal v. Corestar Financial Group*, No. 06-cv-9-LA (E.D. Wis. Aug. 21, 2007) ($25.00 per class member in a Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA") settlement).

6. An analysis of the factors outlined by the Seventh Circuit in *Synfuel Technologies., Inc. v. DHL Express (USA) Inc.*, 463 F.3d 646 (7th Cir. 2006), illustrates that the settlement is fair, reasonable, and adequate, and that it should be finally approved.

7. Plaintiff's participation and willingness to undertake the responsibilities and risks attendant with bringing this class action warrant that she be awarded the proposed individual incentive award of $3,000.00. Settlement Agreement at ¶ 11(d). This amount has been approved in similar FDCPA actions. *See, eg. Tesch v. Dynamic Recovery Solutions, LLC*, 17-cv-263, (Final Order on Class Action Settlement); *Cervantes v. RCS Recovery Services,* 15-cv-112, (Final Order on Class Action Settlement at 4,ii) (E.D. Wis. May 26, 2016); *Baker v. Credit Control, LLC,* 15-cv-303, (Final Order Approving Class Action Settlement at 4,i) (E.D. Wis. May 26, 2016); *Donnelly v. EquityExperts.org, LLC*, 2015 U.S. Dist. LEXIS 8240, *9 (E.D. Mich. Jan. 14, 2015); *Wess v. Storey*, 2011 U.S. Dist. LEXIS 41050 , *7 (S.D. Ohio Apr. 14, 2011); *Durham v. Cont'l Cent. Credit, Inc.*, 2011 U.S. Dist. LEXIS 58684, *5 (S.D. Cal. June 2, 2011) ($3,000 incentive award plus $1,000 statutory damages); *Rosenau v. Unifund Corp.*, 646 F. Supp. 2d 743, 755 (E.D. Pa. 2009); *Henderson v. Eaton*, 2002 U.S. Dist. LEXIS 20840, *18 (E.D. La. Oct. 25, 2002) ("when the incentive compensation falls in the modest range of $ 2,000 to $ 3,000, it is generally held unnecessary to consider the amount of time and money spent in the litigation and other circumstances relating to costs.").

8. Furthermore, Representative Plaintiff's requests for an award of attorneys' fees and costs, in the amount of $35,000.00, are reasonable, as illustrated by an analysis of the factors set forth in *Taubenfeld v. Aon Corp.,* 415 F.3d 597 (7th Cir. 2005), and *Cook v. Niedert*, 142 F.3d 1004 (7th Cir. 1998); *see also* 15 U.S.C. § 1692k(a)(1)(A).

9. Several Courts in this District have recently found Class Counsel's hourly rates, time expended, and expenses to be reasonable. *Tesch v. Dynamic Recovery Solutions, LLC*, 17-cv-263, (Final Order on Class Action Settlement); *Cervantes v. RCS Recovery Services,* 15-cv-112, (Final Order on Class Action Settlement at 8); *Baker v. Credit Control, LLC,* 15-cv-303, (Final Order Approving Class Action Settlement at 8); *Kelm v. First Associates Loan Servicing, LLC,* 15-cv-500 (Final Order and Judgment Approving Class Action Settlement at 8); *Oravecz v. Cavalry Portfolio Services, LLC, et al.,* 14-cv-1126-LA, (Final Order on Class Action Settlement at 3); *Oravecz v. Action Financial Services, LLC*, 14-cv-1124-WED, (Final Order Approving Class Action Settlement at 4); *Paddock v. Fay Servicing, LLC*, No. 14-cv-454-JPS, slip op at 2 (Final Order On Class Action Settlement at 4); *Decker*, No. 13-cv-399-RTR, slip op. at 3; *Ihde et al. v. The CBE Group, Inc.*, No. 12-cv-906-LA, Final Order Approving Class Action Settlement (Dkt. No. 32) (E.D. Wis. Dec. 2, 2013); *Rushmore Service Center, LLC,* No. 13-cv-105-LA, Final Order and Judgment Approving Class Action Settlement, at 3 (E.D. Wis. Aug. 28, 2013); *Lozano v. J.A. Cambece Law Office, P.C.*, No. 12-cv-709, slip op. at 5 (E.D. Wis. Apr. 25, 2013) (Final Order and Judgment on Class Action Settlement); *Simic v. J.C. Christensen & Assoc., Inc.*, No. 12-cv-226-NJ, slip op. at 3 (E.D. Wis. Feb. 1, 2013); *Puskala v. Koss Corporation*, No. 10-cv-41-LA (E.D. Wis. July 10, 2012); *Schultz v. Tomotherapy Inc.*, No. 08-cv-314-SLC (W.D. Wis. Mar. 22, 2011); *In re: Metavante Technologies, Inc. Shareholder Litigation*, No. 09-CV-

5325 (Circuit Ct. Milwaukee Co., Apr. 14, 2010); *Love v. Home Loan Center Inc.*, No. 09-CV-9598 (Circuit Ct. Milwaukee Co., May 25, 2011).

WHEREFORE, Representative Plaintiff and Settlement Class Counsel respectfully requests that the Court enter an Order:

    (a) finding that the Settlement Agreement is fair, reasonable, and adequate, and in the best interest of the Settlement Class, granting final approval to the settlement, and entering the proposed Final Approval Order;

    (b) granting Representative Plaintiff's request for attorneys' fees and reasonable costs and expenses in the amount of $35,000.00; and an incentive award for Representative Plaintiff in the amount of $3,000; and

    (c) granting such other and additional relief as the Court may deem just and appropriate.

Date: May 23, 2018                                Respectfully Submitted,

                                                       /s/ Ben J. Slatky
                                                       Ben J. Slatky
                                                       Jesse Fruchter
                                                       ADEMI & O'REILLY, LLP
                                                       3620 East Layton Avenue
                                                       Cudahy, WI 53110
                                                       Phone: (414) 482-8000

                                                       *Counsel for Representative Plaintiff*

**Certificate of Service By Electronic Means**

      I, Ben J. Slatky, hereby certify that the foregoing document was caused to be served electronically this 23rd day of May 2018, pursuant to ECF as to Filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.

                /s/ Ben J. Slatky